IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EARL VEAL | * | |
| | * | |
| PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| PORTFOLIO RECOVERY | * | COMPLAINT AND |
| ASSOCIATES, LLC | * | DEMAND FOR A JURY TRIAL |
| DEFENDANT | * | |

## COMPLAINT

### I. Introduction

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Plaintiff, Earl J. Veal("plaintiff" or "Mr. Veal"), is a natural person who resides in East Baton Rouge Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Portfolio Recovery Associates, LLC (hereinafter referred to as "defendant" or "PRA") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Delaware is National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904. Defendant, at all times relevant hereto, regularly

attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. Less than one year from the date of filing this complaint, defendant mailed to the Internal Revenue Service and Mr. Veal a Form 1099-C for alleged cancellation of debt owed on a credit card originated by Fleet Bank in the amount of approximately $1897.90.

6. This alleged debt arose from use of a credit card which was used primarily for personal, family or household purposes.

7. Defendant allegedly acquired this alleged debt on June 30, 2005, after it had gone into default.

8. The last payment on this alleged debt occurred in 1997.

9. There are limited circumstances under which a Form 1099-C can be issued for cancelled debt and none of those circumstances occurred in 2007 that would justify the issuance of a Form 1099-C.

10. When Mr. Veal contacted defendant in July 2008 regarding the Form 1099-C issued for this account, he was advised that it was "required from the government when a bill isn't paid."

11. The defendant claimed since Mr. Veal sent a cease and desist communication letter to it pursuant to section 1692c of the FDCPA, it issued the Form 1099-C.

12. Defendant also claimed that "IRS requires we send out a letter basically stating this is now earned income."

13. Defendant claimed also that the IRS tells defendant to send out the Form

1099-C.

## DEFENDANT'S PRACTICES

14. Defendant violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(2)(A), 1692e(5), and 1692e(10).

15. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, and possible additional income taxes, penalties and interest, for which he should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against Portfolio Recovery Associates, LLC for:

    a.    Additional damages;

    b.    Actual damages;

    c.    Attorney fees, litigation expenses and costs; and

    d.    Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge  
**GARTH J. RIDGE**  
Attorney for Plaintiff  
Bar Roll Number: 20589  
251 Florida Street, Suite 301  
Baton Rouge, Louisiana 70801  
Telephone Number: (225) 343-0700  
Facsimile Number: (225) 343-7700  
E-mail: GarthRidge@aol.com